1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                               SAN JOSE DIVISION

11

12   STEVEN THOMPSON, et al.,              )        Case No.: C 09-5385 PVT
                                           )
13                  Plaintiffs,            )        **FURTHER ORDER** RE PLAINTIFFS'
                                           )        APPLICATION TO PROCEED *IN FORMA*
14          v.                             )        *PAUPERIS*
                                           )
15   WASHINGTON MUTUAL, et al.,            )
                                           )
16                  Defendants.            )
     _____ )

17

18          On November 24, 2009, this court issued an order granting Plaintiffs' application to proceed

19   *in forma pauperis*.  On June 23, 2010, Plaintiffs filed an Amended Complaint which adds additional

20   Defendants.  Therefore,

21          IT IS HEREBY ORDERED that the United States Marshall for the Northern District of

22   California shall serve, without prepayment of fees, a copy of the Amended Complaint, any

23   amendments, scheduling orders, attachments and this order upon the three newly added Defendants:

24   Federal Deposit Insurance Corporation, JP Morgan Chase Bank, and US Bank.

25   Dated: *June 24, 2010*

26                                                 _____
                                                   PATRICIA V. TRUMBULL
27                                                 United States Magistrate Judge

28


                                        ORDER, *page 1*

1

2   copies mailed on   *6/25/10*         to:

3   Steven Thompson
    Post Office Box 92214
4   Henderson, NV 89009

5   Aster Kifle-Thompson
    Post Office Box 92214
6   Henderson, NV 89009

7
                                        */s/ Donna Kirchner*            *for*
8                                       MARTHA BROWN
                                        Courtroom Deputy
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*